Matter of Amilianah E. (Tiarra E.) (2023 NY Slip Op 02248)

Matter of Amilianah E. (Tiarra E.)

2023 NY Slip Op 02248

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

372 CAF 22-00558

[*1]IN THE MATTER OF AMILIANAH E. ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, PETITIONER-RESPONDENT; TIARRA E., RESPONDENT-APPELLANT.

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR RESPONDENT-APPELLANT.
ROBERT A. DURR, COUNTY ATTORNEY, SYRACUSE (JANELLE L. BANDOBLU OF COUNSEL), FOR PETITIONER-RESPONDENT.
ELIZABETH SCHENCK, SYRACUSE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Onondaga County (Julie A. Cerio, J.), entered March 28, 2022 in a proceeding pursuant to Family Court Act article 10. The order, among other things, found that respondent had neglected the subject child. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court